# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00367-CV

**Standard Pacific of Texas, Inc.; CalAtlantic Homes of Texas, Inc., CalAtlantic Group, Inc.; and Lennar Corporation, Appellants**

**v.**

**Aaron Thomison Masonry, Inc., Appellee**

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY,
NO. D-1-GN-24-002945, THE HONORABLE JAMES E. MORGAN, JUDGE PRESIDING**

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee Aaron Thomison Masonry, Inc. filed an unopposed motion to extend time to file its appellee's brief for a 30-day period to allow the parties to finalize a settlement agreement. The next day, appellee filed a letter with the Court, advising us that the case has settled and the parties are in the process of finalizing the settlement and dismissal documents. On its own motion, the Court abates the appeal for 30 days to allow the parties time to finalize those documents. Appellee's motion for extension of time to file its brief is dismissed as moot. The parties shall submit a motion to dismiss the appeal, a motion to reinstate the appeal, or a status report on the settlement process accompanied by a motion to extend the abatement on or before January 13, 2025. The appeal will remain abated until further order of this Court.

It is so ordered on December 13, 2024.


Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed:   December 13, 2024